UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WAYNE MCCRABB and SANDY
MCCRABB,

    Plaintiffs,

v.     Case No. 2:21-cv-158-JLB-NPM

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 18.)  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on July 28, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE